**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKHAEL KARAPETYAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TODD BLANCHE, ET AL.,<br><br>　　　　　Respondents. | Case No. 5:26-cv-02312-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

On May 14, 2026, the undersigned U.S. Magistrate Judge issued a Report and Recommendation recommending that the Verified Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief be GRANTED.  (Dkt. 10.)  Petitioner had already filed a consent to proceed before the undersigned U.S. Magistrate Judge for all purposes.  (Dkt. 6.)  Pursuant to General Order 26-05, Respondents had also already consented to proceed before the undersigned U.S. Magistrate Judge for all purposes.  (Dkt. 5.)  Pursuant to General Order 26-05, when a Petitioner files a consent after the case has been assigned to a District Judge and a Magistrate Judge, the District Judge must approve the Petitioner's consent.  (Id.)  On May 14, 2026, the District Judge approved Petitioner's consent.  (Dkt. 11.)  Therefore, this action has been fully consented to proceed before the undersigned U.S. Magistrate Judge for all purposes.  (Dkt. 12.)  Now that this

Court has jurisdiction to enter final judgment, the Court accepts and adopts the findings, conclusions and recommendations of the Report and Recommendation. (Dkt. 10.)

IT IS ORDERED that the Petition is GRANTED. Respondents shall immediately release Petitioner from custody on his prior Order of Supervision and immediately return any confiscated property and documents to Petitioner. Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard). Respondents shall not re-detain Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i). Before Respondents attempt to remove Petitioner to any country other than Russia and/or Azerbaijan, Respondents must first provide written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3). Respondents shall file a notice of compliance within twenty-four hours of the entry of Judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   May 14, 2026        _____
                             HON. A. JOEL RICHLIN
                             UNITED STATES MAGISTRATE JUDGE

2