JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAEL KARAPETYAN, | Case No. 5:26-cv-02312-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| TODD BLANCHE, ET AL., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents shall immediately release Petitioner from custody on his prior Order of Supervision and immediately return any confiscated property and documents to Petitioner.  Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment

of Petitioner's suitability for bond in light of the forgoing standard).  Respondents also shall not re-detain Petitioner without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i).  Before Respondents attempt to remove Petitioner to any country other than Russia and/or Azerbaijan, Respondents must first provide written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3).  Respondents shall file a notice of compliance within twenty-four hours.

DATED:  May 14, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

2